**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GORDON MICHAEL HAYES, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:20-cv-01864 (VLB) |
| v. | : | |
| THE WOOD COMPANY | : | |
| Defendant. | : | JULY 25, 2022 |

## **VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, GORDON MICHAEL HAYES, by and through his undersigned counsel, submits this Voluntary Dismissal of Action with Prejudice. The Parties have agreed to amicably resolve any and all claims by the Plaintiff against Defendant in this action and Plaintiff has authorized his undersigned counsel to consent and agree to dismiss the instant action with prejudice to Plaintiff. No award of attorney's fees, costs and/or disbursements will be awarded to any Party by the Court.

        THE PLAINTIFF,
        GORDON MICHAEL HAYES

        By: _____/s/_____
           Michael C. McMinn (#*ct27169*)
           **THE MCMINN EMPLOYMENT**
           **LAW FIRM, LLC**
           1000 Lafayette Blvd., Suite 1100
           Bridgeport, CT 06604
           Tel: (203) 683-6007
           Fax: (203) 680-9881
           michael@mcminnemploymentlaw.com

        *COUNSEL FOR PLAINTIFF*

THE MCMINN EMPLOYMENT LAW FIRM, LLC
1000 Lafayette Boulevard, Suite 1100 ▪ Bridgeport, CT 06604 ▪ T: (203) 683-6007 ▪ F: (203) 683-9881

**CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that, on July 25, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                   _____/s/_____
                                                     Michael C. McMinn